THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY ROSARIO, Appellant. [50 NYS3d 307]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Riviezzo, J.), rendered June 20, 2013, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt

beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]).

The defendant's contentions regarding alleged prosecutorial misconduct during summation are largely unpreserved for appellate review (see CPL 470.05 [2]; *People v Dien*, 77 NY2d 885, 886 [1991]; *People v Nuccie*, 57 NY2d 818, 819 [1982]). In any event, to the extent that some remarks may have been improper, they "were not so flagrant or pervasive as to deprive the defendant of a fair trial" (*People v Ward*, 106 AD3d 842, 843 [2013]; see *People v Thompson*, 125 AD3d 899, 900 [2015]; *People v Philbert*, 60 AD3d 698, 699 [2009]; *People v Almonte*, 23 AD3d 392, 394 [2005]). Rivera, J.P., Balkin, Barros and Brathwaite Nelson, JJ., concur.